1  KENNETH D. SIMONCINI, P.C. (#145586)
   MARILYNN J. WINTERS, ESQ. (#129033)
2  SIMONCINI & ASSOCIATES
   Attorneys At Law
3  1694 The Alameda
   San Jose, California 95126-2219
4  Telephone:  (408) 280-7711
   Facsimile:   (408) 280-1330
5
   Attorneys for Defendants CA-2010 CROW CANYON LIMITED PARTNERSHIP
6  (erroneously sued herein as The Plaza At San Ramon) and EQUITY OFFICE
   MANAGEMENT LLC (erroneously sued herein as Equity Office Partners)
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                     OAKLAND

11  MARK GIGLIOTTI,                        )   Case No.: 4:06-CV03844-SBA
                                           )
12                 Plaintiff,              )   STIPULATION AND ORDER OF
                                           )   DISMISSAL OF STUART DEAN CO., INC.
13  v.                                     )
                                           )
14  THE PLAZA AT SAN RAMON, a business     )
    entity form unknown, EQUITY OFFICE     )
15  PARTNERS, a business entity, form      )
    unknown,                               )
16                                         )
                   Defendants.             )
17  _____)
    CA-2010 CROW CANYON LIMITED            )
18  PARTNERSHIP (erroneously sued herein as)
    The Plaza At San Ramon) and EQUITY     )
19  OFFICE MANAGEMENT LLC (erroneously     )
    sued herein as Equity Office partners),)
20                                         )
                   Third Party Plaintiffs, )
21  v.                                     )
                                           )
22  STUART DEAN CO., INC.,                 )
                                           )
23                 Third Party Defendant.  )
    _____)
24

25      Third Party Plaintiffs, CA-2010 CROW CANYON LIMITED PARTNERSHIP and EQUITY

26  OFFICE MANAGEMENT LLC, by and through their counsel, Marilynn J. Winters, and Third Party

27  Defendant, STUART DEAN CO., INC., hereby have agreed to resolve all issues between them

28
                                           1

STIPULATION AND ORDER OF DISMISSAL OF STUART DEAN CO., INC.

1 | pertaining to the above referenced case. Third Party Plaintiffs agree to dismiss Third Party Defendant
2 | in exchange for a waiver of costs. Both Third Party Plaintiffs and Third Party Defendant agree and
3 | stipulate to the dismissal of STUART DEAN CO., INC., on the above terms. FRCP 41(c).
4 | IT IS SO STIPULATED.
5 | Dated: September 21, 2006          FORTUNE, DREVLOW, O'SULLIVAN & HUDSON

By: /s/ Norman La Force
   NORMAN LA FORCE
   Attorney for Third Party Defendant
   STUART DEAN CO., INC.

11 | Dated: September ___, 2006          **SIMONCINI & ASSOCIATES**

By: /s/ Kenneth D. Simoncini
   KENNETH D. SIMONCINI
   MARILYNN J. WINTERS
   Attorneys for Defendants and Third Party Plaintiffs
   CA-2010 CROW CANYON LIMITED PARTNERSHIP
   (erroneously sued herein as The Plaza At San Ramon) and EQUITY OFFICE
   MANAGEMENT LLC (erroneously sued herein as Equity Office Partners)

20 | PURSUANT TO THE STIPULATION SIGNED ABOVE, IT IS HEREBY ORDERED THAT
21 | STUART DEAN CO., INC. BE DISMISSED FROM THE CASE, ON THE AGREED UPON TERMS
22 | AND CONDITIONS AS SET FORTH HEREIN.

24 | Dated: September 29, 2006          /s/ Saundra B. Armstrong
                                        HON. SAUNDRA BROWN ARMSTRONG
                                        UNITED STATES DISTRICT COURT JUDGE

2
STIPULATION AND ORDER OF DISMISSAL OF STUART DEAN CO., INC.

09/20/2006  17:51  4082801330          SIMONCINI&ASSOCIATES          PAGE  04