1  KENNETH D. SIMONCINI, P.C. (#145586)
   MARILYNN J. WINTERS, ESQ. (#129033)
2  SIMONCINI & ASSOCIATES
   Attorneys At Law
3  1694 The Alameda
   San Jose, California 95126-2219
4  Telephone: (408) 280-7711
   Facsimile:  (408) 280-1330
5
6  Attorneys for Defendants CA-2010 CROW CANYON LIMITED PARTNERSHIP
   (erroneously sued herein as The Plaza At San Ramon) and EQUITY OFFICE
7  MANAGEMENT LLC (erroneously sued herein as Equity Office Partners)

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                              OAKLAND

| | |
|---|---|
| MARK GIGLIOTTI, | Case No.: 4:06-CV03844-SBA |
| Plaintiff, | STIPULATION AND ORDER OF REMAND OF CASE BACK TO CONTRA COSTA COUNTY SUPERIOR COURT |
| v. | |
| THE PLAZA AT SAN RAMON, a business entity form unknown, EQUITY OFFICE PARTNERS, a business entity, form unknown, | |
| Defendants. | |
| CA-2010 CROW CANYON LIMITED PARTNERSHIP (erroneously sued herein as The Plaza At San Ramon) and EQUITY OFFICE MANAGEMENT LLC (erroneously sued herein as Equity Office partners), | |
| Third Party Plaintiffs, | |
| v. | |
| STUART DEAN CO., INC., | |
| Third Party Defendant. | |

Plaintiff, MARK GIGLIOTTI, by and though his counsel, Leonard Becker, and defendants CA-2010 CROW CANYON LIMITED PARTNERSHIP and EQUITY OFFICE MANAGEMENT LLC, by and through their counsel, Marilynn J. Winters, hereby agree and stipulate to the remand of this case

1

1 | back to Contra Costa County Superior Court. The basis for the agreement is that Third Party Defendant,
2 | STUART DEAN CO., INC. is the party that removed this matter from State Court to Federal Court, and
3 | Third Party Plaintiffs, CA-2010 CROW CANYON LIMITED PARTNERSHIP and EQUITY OFFICE
4 | MANAGEMENT LLC has agreed to dismiss STUART DEAN CO., INC. in exchange for a waiver of
5 | costs. Said Stipulation and Dismissal will be filed, either concurrently or shortly after this document.
6 |     THE PARTIES, BY SIGNATURE OF COUNSEL BELOW, SO STIPULATE TO THE
7 | REMAND OF THIS CASE TO CONTRA COSTA COUNTY SUPERIOR COURT.

Dated: September 20, 2006    LAW OFFICES OF LEONARD BECKER

By: /s/ Leonard Becker
LEONARD BECKER
Attorney for Plaintiff
MARK GIGLIOTTI

Dated: September ___, 2006    SIMONCINI & ASSOCIATES

By: /s/
KENNETH D. SIMONCINI
MARILYNN J. WINTERS
Attorneys for Defendants and Third Party Plaintiffs
CA-2010 CROW CANYON LIMITED PARTNERSHIP
(erroneously sued herein as The Plaza At San Ramon) and EQUITY OFFICE
MANAGEMENT LLC (erroneously sued herein as Equity Office Partners)

    PURSUANT TO THE STIPULATION SIGNED ABOVE, IT IS HEREBY ORDERED THAT THIS CASE BE REMANDED BACK TO CONTRA COSTA COUNTY SUPERIOR COURT

Dated: September 29, 2006    /s/ Saundra B. Armstrong
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

2

STIPULATION AND ORDER OF REMAND OF CASE BACK TO CONTRA COSTA COUNTY SUPERIOR COURT